IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 97-043L |
| | : | |
| GUILLERMO MALDONADO | : | |

MOTION FOR AN EXTENSION OF TIME

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and moves this Court for an extension of time to respond to the defendant's motion for a modification of his term of imprisonment made pursuant to 18 U.S.C. § 3582(c)(1)(B)(2) and USSG § 1B1.10.

Maldonado is presently serving a sentence of 210 months imprisonment originally imposed on March 30, 1998. His projected release date by the Bureau of Prisons is August 6, 2012.

Maldonado's motion is grounded upon a 2007 amendment to the United States Sentencing Guidelines which reduced by two levels the offense levels found in U.S.S.G. § 2D1.1 for crack cocaine. The amendment was also made retroactive pursuant to U.S.S.G. § 1B1.10. The authority to implement such a reduction is not effective until March 3, 2008. The government expects to receive many such motions from various defendants and is in the process of crafting a uniform approach and response. As Maldonado is serving a sentence of 210 months

and the retroactivity of the amendment is not effective until March 3, Maldonado will not be prejudiced by a brief delay.

WHEREFORE, the government requests that this Court extend the time by which a response must be filed by thirty (30) days.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
RI Bar No. 1680

CERTIFICATION

I hereby certify that on the 29th day of January, 2008, I electronically filed and served, by ordinary mail with postage prepaid, the Within Motion For An Extension Of Time, to:

Guillermo Maldonado
Reg. # 04428-070
FCI Fort Dix, Bldg. 5752
P.O. Box 2000
Fort Dix, NJ 08640-0902

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
RI Bar No. 1680