IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 97-043L |
| | : | |
| GUILLERMO MALDONADO | : | |

<u>SECOND MOTION FOR AN EXTENSION OF TIME</u>

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant U. S. Attorney, and moves this Court for a second extension of time to respond to the defendant's motion for a modification of his term of imprisonment made pursuant to 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10.

Maldonado is presently serving a sentence of 210 months imprisonment originally imposed on March 30, 1998. His projected release date by the Bureau of Prisons is August 6, 2012.

Maldonado's motion is grounded upon 2007 amendments to the United States Sentencing Guidelines which generally reduced by two levels the offense levels found in U.S.S.G. § 2D1.1 for crack cocaine. The amendment was also made retroactive pursuant to U.S.S.G. § 1B1.10. The authority to implement such a reduction is not effective until March 3, 2008. Because Maldonado's case involves multi-drug offenses - in his case, cocaine base and heroin - the government needs additional time to do the guidelines calculations. Further, to assist the Court in the exercise of its discretion, Maldonado should supply some form of certification from the

Bureau of Prisons concerning his institutional behavior since his initial incarceration. As Maldonado is serving a sentence of 210 months and the retroactivity of the amendment is not effective until March 3, Maldonado will not be prejudiced by a brief delay.

WHEREFORE, the government requests that this Court extend the time by which a response must be filed by thirty (30) days.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No.1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov

## CERTIFICATION

I hereby certify that on the 28th day of February, 2008, I electronically filed and served, by ordinary mail with postage prepaid, the Within Second Motion For An Extension Of Time, to:

Guillermo Maldonado
Reg. # 04428-070
FCI Fort Dix, Bldg. 5752
P.O. Box 2000
Fort Dix, NJ 08640-0902

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
RI Bar No.1680
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5001 (fax)
kenneth.madden@usdoj.gov