**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GUILLERMO MALDONADO,**<br>Petitioner<br><br>-V-<br><br>**UNITED STATES OF AMERICA,**<br>Respondent | ) | **Docket No.:**<br>97-043L |

RESPONSE TO RESPONDENT'S SECOND MOTION
FOR AN EXTENSION OF TIME AND IN SUPPORT
OF PETITIONER'S MOTION FOR SENTENCE MODIFICATION

Petitioner is in receipt of Respondent's second motion requesting a 30 day extension of time within which Respondent must respond to Petitioner's motion for sentence modification. The government has had quite some time to prepare a response. Petitioner believes that one request should have been sufficient. This second request simply shows that the government chose to ignore its requirement to respond. It offered no logical reason for further extension and, in arrogant fashion, states to this court that Petitioner is not harmed by the delay.

With all due deference, as an incarcerated individual, each day here is a day without freedom. The sooner this motion is entertained by this court, the more quickly Petitioner will know about his future. Petitioner would therefore ask this court to require an answer within the 30 day period and further, to allow the government no further extensions.

At this time, pursuant to the request of the government, Petitioner includes a copy of document known as "Progress Report" which was generated on March 11, 2008 by Petitioner's case manager W. Langehennig and which was signed by unit manager M. Carroll as well. A copy of this report is annexed hereto as Petitoner's exhibit "3".

As per the report, Petitioner has had no incident repcrts, has worked competently, and has completed his GED study as well as a 40-hour drug abuse program. Petitioner has been an inmate of good character and he eagerly awaits the chance to join his mother in Dominican Republic as soon as this court deems proper.

In view of the progress report together with all materials previously submitted by Petitioner, Petitioner again respectfully asks to be resentenced by this court to a sentence deemed fair and equitable by this court.

Date: March 12, 2008

Guillermo Maldonado

Guillermo Maldonaldo
Petitioner pro se
Reg No. 04428-070
FCI Fort Dix
PO Box 2000
Fort Dix, NJ 08640

# CERTIFICATE OF SERVICE

I certify that on 3/12/08, I mailed a copy of all of the attachments via first class mail to the following parties at the address listed below:

DONALD C. LOCKHART, ESQ.
Assistant U.S. Attorney
Fleet Center, Eighth Floor
Providence, RI 02903

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

I certify that this document was given to prison officials on 3/10/08 for forwarding to the court. I certify under penalty of perjury that the foregoing is true and correct. [28 USCA §1746].

Guillermo Maldonado
(SIGNATURE)

3/12/08
(DATE)