UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **GUILLERMO MALDONADO,** Petitioner<br><br>**-V-**<br><br>**UNITED STATES OF AMERICA,** Respondent | **Docket No.:** 97-043L |

PETITIONER'S REPLY TO GOVERNMENT'S OPPOSITION TO PETITIONER'S MOTION FOR MODIFICATION OF PREVIOUSLY IMPOSED TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. §3582(c)(2)

In response, the Government makes no substantive argument against a fair and equitable resentencing by this Court. The only argument is a technical one that because Petitioner filed for a Certificate of Appealability with the Court of Appeals from the First Circuit, that somehow within motion cannot be entertained.

Petitioner submits that this court would be empowered to enter a new sentence that benefits Petitioner. Nevertheless, in order to make it crystal clear, Petitioner attaches a copy of Petitioner's Withdrawal of Request for Certificate of Appealability together with Certification of Service of same as Petitioner's exhibit "5".

In view of this withdrawal together with all of the papers previously submitted by Petitioner, Petitioner respectfully

**asks this Court to resentence Petitioner to a sentence deemed fair by this Court.**

Dated: March 19, 2008

Guillermo Maldonado

Guillermo Maldonado
Petitioner pro se
Reg No. 04428-070
FCI Fort Dix
PO Box 2000
Fort Dix, NJ 08640

CERTIFICATE OF SERVICE

I CERTIFY THAT ON 3/19/08, I MAILED A COPY OF ALL OF THE ATTACHMENTS VIA FIRST CLASS MAIL TO THE FOLLOWING PARTIES AT THE ADDRESS LISTED BELOW:

DONALD C. LOCKHART, ESQ.
ASSISTANT U.S. ATTORNEY
FLEET CENTER, EIGHTH FLOOR
PROVIDENCE, RHODE ISLAND 02903

PROOF OF SERVICE FOR
INSTITUTIONALIZED OR
INCARCERATED LITIGANTS

I CERTIFY THAT THIS DOCUMENT WAS GIVEN TO PRISON OFFICIAL ON 3/19/08 FOR FORWARDING TO THE COURT. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. [28 USCA §1746].

Guillermo Maldonado
(SIGNATURE)

3/19/08
(DATE)