**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

| | | |
|---|---|---|
| **GUILLERMO MALDONADO,** Petitioner-Appellant | ) | **Docket No.:** 07-2413 |
| -V- | ) | |
| **UNITED STATES OF AMERICA,** Respondent-Appellee | ) | |

WITHDRAWAL OF REQUEST
FOR CERTIFICATE OF APPEALABILITY

Petitioner-Appellant hereby requests that this Court dismiss previously filed Request for Certificate of Appealability and that an order issue withdrawing same as soon as the Court may accomplish same. Petitioner-Appellant is moving the District Court for a Modification of Sentence in light of the newest crack cocaine legal precedent and accordingly, Petitioner-Appellant wishes to withdraw the Request for Certificate of Appealability filed with the Court on October 2, 2007.

Dated: March 19, 2008

Guillermo Maldonado

Guillermo Maldonado
Petitioner pro se
Reg. No 04428-070
FCI Ft. Dix
PO Box 2000
Fort Dix, NJ 08640

CERTIFICATE OF SERVICE

I CERTIFY THAT ON 3/19/08, I MAILED A COPY OF ALL OF THE ATTACHMENTS VIA FIRST CLASS MAIL TO THE FOLLOWING PARTIES AT THE ADDRESS LISTED BELOW:

DONALD C. LOCKHART, ESQ.
ASSISTANT U.S. ATTORNEY
FLEET CENTER, EIGHTH FLOOR
PROVIDENCE, RHODE ISLAND 02903

PROOF OF SERVICE FOR
INSTITUTIONALIZED OR
INCARCERATED LITIGANTS

I CERTIFY THAT THIS DOCUMENT WAS GIVEN TO PRISON OFFICIAL ON 3/19/08 FOR FORWARDING TO THE COURT. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. [28 USCA §1746].

Guillermo Maldonado
(SIGNATURE)

3/19/08
(DATE)